IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY GARDNER, | : | |
| Plaintiff, | : | 1:18-cv-2285 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| SECRETARY JOHN E. WETZEL, | : | |
| Defendant. | : | |

## **ORDER**

### **March 16, 2020**

NOW THEREFORE, upon consideration of Defendants' motion (Doc. 25) for summary judgment pursuant to Federal Rule of Civil Procedure 56, and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. Defendants' motion (Doc. 25) for summary judgment is GRANTED.

2. The Clerk of Court is directed to ENTER judgment in favor of Defendant Wetzel and against Plaintiff.

3. The Clerk of Court is directed to CLOSE this case.

4. To the extent that the complaint can be construed to include state law claims, the Court declines to exercise supplemental jurisdiction.

5. Any appeal from this order is deemed frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

                                                    s/ John E. Jones III
                                                    John E. Jones III
                                                    United States District Judge